GIRARDI | KEESE
Stephen G. Larson (CA Bar No. 145225)
Molly B. Weber (CA Bar No. 271279)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Phone: 213-977-0211
Fax: 213-481-1554
slarson@girardikeese.com
mweber@girardikeese.com

*Attorneys for Defendant*
ANGELA MARIA GOMEZ AGUILAR

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUE FAUSTINO AGUILAR NORIEGA, ANGELA MARIA GOMEZ AGUILAR, LINDSEY MANUFACTURING COMPANY, KEITH E. LINDSEY and STEVE K. LEE,<br><br>Defendants, | CR No. 10-1031-AHM<br><br>**JOINDER IN DEFENDANTS' MOTION *IN LIMINE* FOR ADDITIONAL PEREMPTORY CHALLENGES UNDER FED. R. CRIM. P. 24(b)**<br><br>Date:      March 21, 2011<br>Time:     3:00 p.m.<br>Location: Court Room 14 |

//
//
//

1

**JOINDER IN DEFENDANTS' MOTION IN LIMINE**

Defendant Angela Maria Gomez Aguilar hereby joins in Defendants' Motion *in Limine* for Additional Peremptory Challenges Under Fed. R. Crim. P. 24(b) filed by Defendants Steve K. Lee, Keith E. Lindsey and Lindsey Manufacturing Company and on file herein.

Dated: March 2, 2011

Respectfully submitted,

GIRARDI | KEESE

By: _____/s/_____
STEPHEN G. LARSON

*Attorneys for Defendant*
ANGELA MARIA GOMEZ AGUILAR