# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR10-01031(A)-AHM | Date | April 28, 2011 |

Present: The Honorable   A. HOWARD MATZ

Interpreter   Elisa Cabal and Maria Virginia Dicono (Spanish)

| Stephen Montes | Victoria Valine | Douglas Miller, AUSA<br>Jeffrey Goldberg, DOJ<br>Nicola Mrazek, DOJ |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (2) Angela Maria Gomez Aguilar | √ | √ | | Stephen Larson<br>Molly Weber | √<br>√ | | √<br>√ |
| (3) Lindsey Manufacturing Company | √ | | | Jan Lawrence Handzlik | √ | | √ |
| (4) Keith E. Lindsey | √ | | √ | Matthew B. Hayes<br>Grace Tse | √<br>√ | | √<br>√ |
| (5) Steve K. Lee | √ | | √ | Janet Levine<br>Martinique Busino | √<br>√ | | √<br>√ |

|     | Day COURT TRIAL | 16th Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|

_____ One day trial;   Begun (1st day);   X   Held & continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made

X   Witnesses called, sworn and testified.

X   Exhibits identified         X   Exhibits admitted

_____ Government rests.   _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29)   is _____ granted _____ denied _____ submitted

_____ Closing arguments made   _____ Court instructs jury   _____ Bailiff sworn

_____ Alternates excused   _____ Jury retires to deliberate   _____ Jury resumes deliberations

_____ Finding by Court as follows:   _____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____   _____ Not Guilty on count(s) _____

_____ Jury polled   _____ Polling waived

_____ Filed Witness & Exhibit lists   _____ Filed Jury notes   _____ Filed Jury Instructions   _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.   Remand/Release# _____ issd.   Dft # _____ released from custody.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

_____  Bond exonerated as to Dft # _____

__X__  Case continued to _____April 29, 2011 at 8:00 a.m._____ for further trial/further jury deliberation.

__X__  Other:

|  |  | 4 | : | 03 |
|---|---|---|---|---|

Initials of Deputy Clerk _____SMO_____