```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    DOUGLAS M. MILLER (SBN: 240398)
 4  Assistant United States Attorney
    NICOLA J. MRAZEK
 5  JEFFREY A. GOLDBERG
    Senior Trial Attorneys
 6       1300 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-2216
 8       Facsimile: (213) 894-6436
         Email: douglas.m.miller@usdoj.gov
 9  STEVEN R. WELK
    Assistant United States Attorney
10  Chief, Asset Forfeiture Section
    JENNIFER M. RESNIK
11  Assistant United States Attorney
    Asset Forfeiture Section
12  California Bar No. 233634
         Federal Courthouse, 14th Floor
13       312 North Spring Street
         Los Angeles, California 90012
14       Telephone:  (213) 894-6595
         Facsimile:  (213) 894-7177
15       E-mail: jennifer.resnik@usdoj.gov

16  Attorneys for Plaintiff
    United States of America
17
                    UNITED STATES DISTRICT COURT
18
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
19
                          WESTERN DIVISION
20
    UNITED STATES OF AMERICA,    )  CR No. 10-1031(A) - AHM
21                               )
              Plaintiff,         )
22                               )  STIPULATION TO CONTINUE HEARING ON
              v.                 )  GOVERNMENT'S MOTION FOR ENTRY OF A
23                               )  MONEY JUDGMENT OF FORFEITURE ON
    ENRIQUE FAUSTINO AGUILAR     )  COUNTS ONE THROUGH SIX OF THE
24  NORIEGA, ANGELA MARIA GOMEZ  )  INDICTMENT
    AGUILAR, KEITH E. LINDSEY,   )
25  STEVE K. LEE, and            )
    LINDSEY MANUFACTURING COMPANY,)
26                               )
                                 )
27            Defendants.        )
    _____)
28

              It is hereby stipulated by and between the United
```

1  States of America and defendants Keith E. Lindsey, Steve K. Lee
2  and Lindsey Manufacturing Company (collectively, "defendants"),
3  through their respective counsel, as follows:
4     1.   On June 1, 2011, the government filed a motion for
5  entry of a money judgment of forfeiture on counts one through six
6  of the indictment in the above entitled matter.  The government
7  noticed its motion for July 11, 2011.
8     2.   Counsel for defendants have represented that they
9  require additional time to prepare a response to the government's
10 motion for entry of a money judgment of forfeiture.
11    3.   Accordingly, by this stipulation the parties jointly
12 move to continue the hearing on the motion for a money judgment
13 of forfeiture from July 11, 2011, to August 29, 2011 at
14 4:00 p.m., or as soon thereafter as the matter may be heard.
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

4. The parties further agree that defendants' opposition briefs are due by July 18, 2011, and the government's reply is due by August 15, 2011.

**SO STIPULATED.**

```
                                ANDRÉ BIROTTE JR.
                                United States Attorney
                                ROBERT E. DUGDALE
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Assistant United States Attorney
                                Chief, Asset Forfeiture Section
```

DATED: June 13, 2011                     /s/
                                        JENNIFER M. RESNIK


DATED: June 13, 2011                     /s/
                                        JAN HANDZLIK
                                        GRACIA TSE
                                        Attorneys for Defendants
                                        LINDSEY MANUFACTURING COMPANY AND
                                        KEITH E. LINDSEY


DATED: June 13, 2011                     /s/
                                        JANET I. LEVINE
                                        MARTINIQUE E. BUSINO
                                        Attorneys for Defendant
                                        STEVE K. LEE