```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    DOUGLAS M. MILLER (SBN: 240398)
 4  Assistant United States Attorney
    NICOLA J. MRAZEK
 5  JEFFREY A. GOLDBERG
    Senior Trial Attorneys
 6       1300 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone:  (213) 894-2216
 8       Facsimile:  (213) 894-6436
         Email: douglas.m.miller@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 10-1031(A)-AHM |
|---|---|
| Plaintiff, | ) <u>NOTICE OF GRAND JURY TESTIMONY</u> |
| v. | ) Hearing: June 27, 2011, 4:00 p.m.<br>) (Courtroom 14) |
| ENRIQUE FAUSTINO AGUILAR NORIEGA, ANGELA MARIA GOMEZ AGUILAR, KEITH E. LINDSEY, STEVE K. LEE, and LINDSEY MANUFACTURING COMPANY, | ) |
| Defendants. | ) |

   Plaintiff United States of America, by and through its attorneys of record, the United States Department of Justice, Criminal Division, Fraud Section, and the United States Attorney for the Central District of California (collectively, "the government"), hereby files a copy of Special Agent Susan Guernsey's October 14, 2010 Grand Jury testimony which it discovered and disclosed today after receiving a telephone call from Mr. Handzlik.  The government is filing the transcript with

1 | the Court in light of today's hearing.

2 | DATED:      June 27, 2011

3 |                                         Respectfully submitted,

4 |

5 |                                         ANDRÉ BIROTTE JR.
  |                                         United States Attorney

6 |                                         ROBERT E. DUGDALE
  |                                         Assistant United States Attorney
7 |                                         Chief, Criminal Division

8 |

9 |                                         _____/s/_____
  |                                         DOUGLAS M. MILLER
10|                                         Assistant United States Attorney

11|                                         NICOLA J. MRAZEK
  |                                         JEFFREY A. GOLDBERG
12|                                         Senior Trial Attorneys
  |                                         Criminal Division, Fraud Section