ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DOUGLAS M. MILLER (SBN: 240398)
Assistant United States Attorney
NICOLA J. MRAZEK
JEFFREY A. GOLDBERG
Senior Trial Attorneys
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2216
    Facsimile:  (213) 894-6436
    Email: douglas.m.miller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 10-1031(A)-AHM |
| Plaintiff, | <u>NOTICE REGARDING COURT ORDERED GRAND JURY DISCLOSURE</u> |
| v. | |
| ENRIQUE FAUSTINO AGUILAR NORIEGA, ANGELA MARIA GOMEZ AGUILAR, KEITH E. LINDSEY, STEVE K. LEE, and LINDSEY MANUFACTURING COMPANY, | |
| Defendants. | |

    Plaintiff United States of America, by and through its attorneys of record, the United States Department of Justice, Criminal Division, Fraud Section, and the United States Attorney for the Central District of California (collectively, "the government"), hereby files a list of all the witnesses appearing before the Grand Jury and the prosecutors present.  The government also attaches the opening statements given on December 9, 2009; May 5, 2010; September 8, 2010; and October 14, 2010,

```
 1  and all the proceedings that took place on October 14, 2010.
 2  DATED:     June 27, 2011
 3                                    Respectfully submitted,
 4
                                      ANDRÉ BIROTTE JR.
 5                                    United States Attorney

 6                                    ROBERT E. DUGDALE
                                      Assistant United States Attorney
 7                                    Chief, Criminal Division

 8

 9                                          _____/s/_____
                                      DOUGLAS M. MILLER
10                                    Assistant United States Attorney

11                                    NICOLA J. MRAZEK
                                      JEFFREY A. GOLDBERG
12                                    Senior Trial Attorneys
                                      Criminal Division, Fraud Section
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```