FEDERAL GRAND JURY

CENTRAL DISTRICT OF CALIFORNIA

Proceedings had before the Grand Jury of the United States of America, in and for the Central District of California, at the United States District Courthouse, 312 North Spring Street, Room 1346A, Los Angeles, California, commencing at 11:20 a.m., on Wednesday, December 9, 2009.

ORIGINAL

PRESENT:

    DOUGLAS MILLER
    Assistant U.S. Attorney

Reported by:   Christine Barron, CSR No. 12015, RPR
               Call No. LABH-OY3-225



BENHYATT
Certified Deposition Reporters
17835 Ventura Blvd. Suite 310 Encino, CA 91316
P 888.272.0022  F 818.343.7119
www.benhyatt.com

PROCEEDINGS - 12/9/2009

```
 1                  LOS ANGELES, CALIFORNIA
 2           Wednesday, December 9, 2009; 11:20 A.M.
 3
 4
 5       MR. MILLER:  Good morning, ladies and gentlemen of
 6   the Grand Jury.
 7       JURORS:  Good morning.
 8       MR. MILLER:  Today I will be calling Mindy Kwok as
 9   a witness before this Grant Jury.  I will not be
10   seeking an indictment today at the conclusion of these
11   proceedings.  Ms. Kwok is being called as a witness
12   before this Grand Jury because it's believed that she
13   has information relevant to an ongoing investigation
14   into possible violations of the Foreign Corrupt
15   Practices Act which has been codified at Title 15,
16   United States Code, Section 78dd-1.
17            Just for background, this is an anti-bribery
18   provision of the Foreign Corrupt Practices Act which
19   penalizes, among other things, any domestic concern or
20   any officer, director, employee, or agent of such
21   domestic concern from knowingly making use of any means
22   or instrumentality of interstate commerce corruptly in
23   furtherance of an offer, payment, promise to pay, or
24   authorization of the payment of any money or offer,
25   gift, promise to give, or authorization of the giving
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

```
 1   of anything of value to a foreign official for the
 2   purpose of influencing in any action or decision the
 3   foreign official in his or her official capacity in
 4   order that the domestic concern in obtaining or
 5   retaining business for or with or directing business to
 6   any person.
 7           That's thick, and let me explain some of the
 8   things that I mentioned to you.  What is a domestic
 9   concern?  The definition of a domestic concern under
10   the FCPA includes any individual who is a citizen,
11   national, or resident of the United States and any
12   corporation, partnership, association, joint stock
13   company, business trust, unincorporated organization,
14   or even a sole proprietorship which has its principle
15   place of business here in the United States, or which
16   is organized under the laws of the United States or a
17   territory, possession, or commonwealth of the United
18   States.
19           What is a foreign official?  The definition
20   of a foreign official under this statute includes any
21   officer or employee of a foreign government or any
22   department, agency, or instrumentality thereof, or a
23   public or international organization, or any person
24   acting in any official capacity for or on behalf of any
25   such government or department, agency, or
```

Ben Hyatt Certified Deposition Reporters
888.272.0022   818.343.7040   Fax 818.343.7119   www.benhyatt.com

```
 1   instrumentality; or for on behalf -- or on behalf of an
 2   international public organization.
 3           Mindy Kwok, the witness who will be called
 4   before you today, is currently an employee of Lindsey
 5   Manufacturing, a privately held manufacturing company
 6   owned by Keith Lindsey and located in Azusa,
 7   California.  Lindsey Manufacturing, Keith Lindsey, and
 8   Steve Lee, who Steve Lee is believed to be Kwok's
 9   supervisor or chain of supervision at Lindsey
10   Manufacturing, these people are being investigated for
11   possible violations of the Foreign Corrupt Practices
12   Act that I read to you before regarding their business
13   transactions with a Mexican citizen named Enrique
14   Aguilar, a Mexican foreign official named Nestor
15   Moreno, and a Mexican utility company named Comision
16   Federal Electricidad or what I'll refer to as CFE.
17           Now, before we get started, have any of you
18   conducted business with either Lindsey Manufacturing,
19   Keith Lindsey, Steve Lee or Mindy Kwok?  And if you
20   have, please raise your hand.  I don't see any hands.
21   Do any of you know personally Keith Lindsey, Steve Lee,
22   Mindy Kwok, or any other employees of Lindsey
23   Manufacturing?  Again, I see no hands.
24           Now, I want to remind you that what I just
25   gave you is referred to as an opening statement.  This
```

1  statement is not evidence.  It has been provided to you
2  only to give you the context for the testimony that
3  you're going to be hearing in a brief moment.  You must
4  not consider my opening statement as evidence in any
5  later deliberations you have or may have on whether or
6  not to return an indictment in this case.
7          Does everyone understand that this opening
8  statement is not evidence?  And if you don't, please
9  raise your hand.  Again, I see no hands.  Okay.  At
10 this time I'm going to have Mindy Kwok, the witness,
11 come before you and we're going to get her sworn in as
12 a witness.
13         (Whereupon, proceedings conclude at 11:27
14 a.m.)
15
16
17
18
19
20
21
22
23
24
25

```
                    REPORTER'S CERTIFICATE


        I hereby certify that the foregoing is a

        correct transcript from the record of

        proceedings in the above-entitled matter.



        _____  DATE December 23, 2009

        Christine Barron, CSR No. 12015, RPR
```

# NOTES

| PAGE NO. | LINE NO. | NOTES |
|---|---|---|
| | | |