CASE NO. 10-CR-1031 (A)-AHM
UNITED STATES OF AMERICA

ENRIQUE AGUILAR, ET AL
VS.

PLAINTIFF'S EXHIBIT 1013

DATE _____ IDEN.

DATE _____ EVID.

BY _____
DEPUTY CLERK

# Summary of Select Correspondence Between J. Lamarche, S. Lee, K. Lindsey, A. Hernandez, and E. Aguilar from February 1998 to February 2002

| Date<br>Format<br>Ex. No. | From | To | Content |
|---|---|---|---|
| February 19, 1998<br>Fax<br>Ex. No. 912 | Lamarche | Lee | "Mister Moreno will be back on the job next Monday. He is out of the hook with a letter of 'disculpa,' this mean stronger than before. We talk to him last night, and he told us that the first contract that will come out, will be the towers." |
| March 21, 1998<br>Fax<br>Ex. No. 914 | Lamarche | Lee | "I did talk with my partner and with Nestor." "Nestor have to wait the end of the month to see the reaction of the selling price of petrol and the stability of is budget." |
| March 6, 2000<br>Email<br>Ex. No. 924 | Lamarche | Lee | "I know that last year, you won a licitation for emergency towers in Hermosillo and you never receive the purchase order because CFE told you that they did not have the money to go ahead with the project. This was the official reason, but the true was that they did not want to buy your towers because of the lobbying that SBB had done after the result of the opening of your offer."<br>Handwriting: "Who did its lobbying? SBB or Aguilar Connection?" |
| March 27, 2000<br>Email<br>Ex. No. 934 | Lamarche | Lee | "I am sure we can do business very soon." "but without you and Mr. Aguila it will be difficult to get the order. Therefore, with similar arrangement, can you convince Mr. Augila to join force with us?" |

# Summary of Select Correspondence Between J. Lamarche, S. Lee, K. Lindsey, A. Hernandez, and E. Aguilar from February 1998 to February 2002

| Date Format Ex. No. | From | To | Content |
|---|---|---|---|
| March 28, 2000 Email Ex. No. 937 | Lee | Lamarche | "with you and Mr. Aguilar, we can beat them and GET THE CONTRACT." |
| April 3, 2000 Email Ex. No. 939 | Lamarche | Lee | "We are very close, but it will take a few more days because had died the mother of the Ing. Nestor Moreno and he was not disponible, so I hope that this week Moreno and Auguilar will meet and take a decision, that I believe cannot be other than ours offer." |
| April 19, 2000 Email Ex. No. 947 | Lamarche | Lee | "I have not given up the idea of working with you and Mr. Aguilar. I am sure you'll agree that Mr. Aguilar is still the main player. I am not quite sure the exact reason why he cannot leave them and join us. I think is easier to convince him if we know exactly the reason why he will not leave them." "Second, you have to understand that he will never help you, more than this, now he lost his contacts in CFE, Nestor Moreno is out for another time and I personally think that this time will be for ever, it is a politic and a very strong intern investigation." |
| August 29, 2000 Email Ex. No. 952 | Lamarche | Lee | "So, if you have any respect for me, please wait for my next comunication, dont make any move and dont speak with Aguilar, he is burn, he lost his contacts and he is loosing the representations for products coming from Canadians and US companies." |

PAGE 000713

EXHIBIT N

# Summary of Select Correspondence Between J. Lamarche, S. Lee, K. Lindsey, A. Hernandez, and E. Aguilar from February 1998 to February 2002

| Date Format Ex. No. | From | To | Content |
|---|---|---|---|
| August 31, 2000 Email Ex. No. 953 | Lamarche | Lee | "Nestor Moreno is out, and we all believe it'is [sic] forever." |
| September 15, 2000 Email Ex. No. 954 | Lamarche | Lee | "First you should know that Nestor Moreno with 18 high rang ingeneers of CFE are out of fonctions, they will not be back, there have been replace for ever. They were involve in the "Cicle" contract (more than one hundred million dollars) and they are investigate for damanging the "Patrimonio Nacional", they paided jobs that were not done or that were not fonctionnig. So the Aguilar is alone without is big contact and the worst is that he will be pretty soon implicated in some "fishe durty" contract with Nestor, there is a big investigation coming from the new gobernement, its a clean up, but not only at the high rang, its going very far." |
| September 29, 2000 Email Ex. No. 959 | Lee | Lamarche | "Why Prinex is planning to talk to Aguilar? I think it is very strange that Prinex does not know the relationship between SBB and Aguilar. As long as Nestar Moreno is still at CFE, Aguilar will still has his connection and he will bring in Prinex, then Lindsey will go at it again, that is: competing with Prinex and Aguilar." |

PAGE 000714

EXHIBIT N

## Summary of Select Correspondence Between J. Lamarche, S. Lee, K. Lindsey, A. Hernandez, and E. Aguilar from February 1998 to February 2002

| Date<br>Format<br>Ex. No. | From | To | Content |
|---|---|---|---|
| September 29, 2000<br>Email<br>Ex. No. 959 | Lamarche | Lee | "NESTOR MORENO IS FINISH, HE IS OUT OF CFE, WITH 18 OTHERS HIGH RANG ENGENEERS, HE WAS TRAP IN A VERY STRONG INTERNAL INVESTIGATION FOR CORRUPTION ON A SPECIFIC CONTRACT" "WE CAN BRING YOU TO THE NEW ORGANISATION OF CFE, BUT CLEANLY." |
| October 29, 2000<br>Email<br>Ex. No. 960 | Lamarche | Lee | "As you see the marketing is changing in Mexico, Aguilar is almost out of business, Moreno is going up, he will fall harder, is still under a very dangerous investigation. The Canadian bank that finance CFE, do not accept any more contract were Aguilar is involve, they also did a report to the Mexican governement, raising their 'inquietude' about contracts involving Aguilar and his CFE friends." |
| October 31, 2000<br>Email<br>Ex. No. 961 | Lee | Lamarche | "I am not sure Aguilar and Moreno are completely out of action." |
| November 20, 2000<br>Email<br>Ex. No. 963 | Lee | Lamarche | "I heard rumor that Nestor Moreno in stead of leaving CFE, got promoted. What's going on?" |

# Summary of Select Correspondence Between J. Lamarche, S. Lee, K. Lindsey, A. Hernandez, and E. Aguilar from February 1998 to February 2002

| Date<br>Format<br>Ex. No. | From | To | Content |
|---|---|---|---|
| November 20, 2000<br>Email<br>Ex. No. 963 | Lamarche | Lee | "Your right, but every body believe that it's only for a while, he still under investigation and the pression still on. . . . there is a very serious denunciation from the Canadian government against him, Aguilar, Maquinaria Unida and all the Canadian company mixed with them . . . the Canadian government is menacing to avoid the International credit for CFE if they do not clean there house.  So, we have to wait the new Mexican government and there decision.  It's so bad that GENERAL ELECTRIC had broke a contract of representation with Aguilar," |
| December 24, 2001<br>Email<br>Ex. No. 234 | Lamarche | Lee | "I was looking in the CFE business and I found this nice "DIRECT" P.O. to our friends S.B.B., it look like that CFE had bought a prototype or spare parts of the famous towers without bid, buying them directly, even if you win the last international bid, it seems that your company do not exist." |
| January 6, 2002<br>Email<br>Ex. No. 235 | Lee | Lamarche | "I got the info.  No need to fax on Monday." |

PAGE 000716                                             EXHIBIT N

## Summary of Select Correspondence Between J. Lamarche, S. Lee, K. Lindsey, A. Hernandez, and E. Aguilar from February 1998 to February 2002

| Date<br>Format<br>Ex. No. | From | To | Content |
|---|---|---|---|
| January 7, 2002<br>Email<br>Ex. No. 235 | Lamarche | Lee | "Aguilar with Nestor were together visiting the show"<br>"My contacts in CFE are telling me that Nestor still under investigation and he his not officialy named by the government in his new position. Last year General Electric had done a public scandal for the bad actuation of Aguilar and Nestor in a contract off 2 millions dollars, were Aguilar was representing the two companies involved in the public bid."<br>"To go for a direct P.O. CFE have to prove that there is no other company that can offer the product, this way they are eliminating the competition. This is what happen last year, now they have done it once and they will try to do this again and again. There is a way to stop this, doing a 'incorformidad', there is a comite call SECODAM, contacting them and entering them our demand, they have to investigate the matters and they have to answer us. These people are the intern police of the government, they are mad and it is the new policy of the mexican government, get the corrupt out."<br>"Now if you want to go for the correct way with CFE, we should find professionnal help, it is certain that Nestor will be mad, you will be on black list, but any way you are out. Also before doing officially the demand you could have a meeting with Nestor and negociate your intervention."<br>"More noise represent more problem and may be it is what it need to finish with Nestor once for all." |
| January 16, 2002<br>Email<br>Ex. No. 964 | Lee | Lamarche | Lee writes Lamarche, "As long as Mr. N. Moreno is protected by Mr. Hernandez, we will have a difficult time to gain ground within CFE." |

PAGE 000717                                                                                                    EXHIBIT N

## Summary of Select Correspondence Between J. Lamarche, S. Lee, K. Lindsey, A. Hernandez, and E. Aguilar from February 1998 to February 2002

| Date<br>Format<br>Ex. No. | From | To | Content |
|---|---|---|---|
| January 18, 2002<br>Memo<br>Ex. No. 221 | Lindsey | Hernandez | "CFE recently made a direct award . . . The supplier is Canadian company SBB ENERGIE INC. International (SBB). The acquisition was done without issuing a Public Tender."<br>"We deduce that CFE must be paying a higher price for the aforesaid components, perhaps in excess of 30%."<br>"Therefore, we urge you to review this acquisition because this could prevent a future SECODAM clarification as to any impropriety." |
| February 14, 2002<br>Letter<br>Ex. No. 222 | Lindsey | Hernandez | "It has come to my attention that a letter was written to you on January 17 or 18, 2002 with my name affixed to it, but signed by Mr. Jose Zavaleta. This letter was not auhtoirzed nor approved by me, please disregard it. Mr. Zavaleta is no longer with our company." |
| February 20, 2002<br>Email<br>Ex. No. 255 | Lee | E. Aguilar | "Attached is the file for the inforamtion you requested. As you can see, all Lindsey's (1994) prices are approximately 31% less than SBB prices in October 2001. We recommend the new Lindsey Gin pole and accessories. It is CFE's option to purchase it." |
| February 25, 2002<br>Email<br>Ex. No. 255 | E. Aguilar | Lee | "THANKS FOR YOUR INFORMATION. WE ALREADY START WORKING FOR THE REQUISITION AND DIRECT PURCHASING OF THIS ITEMS." |

PAGE 000718

EXHIBIT N

Summary of Select Correspondence Between J. Lamarche, S. Lee, and E. Aguilar
from February 1997 to February 2002

| Date | Format | From | To | Text | Ex. No. |
|---|---|---|---|---|---|
| February 19, 1998 | Fax | Lamarche | Lee | "Mister Moreno will be back on the job next Monday. He is out of the hook with a letter of 'disculpa,' this mean stronger than before. We talk to him last night, and he told us that the first contract that will come out, will be the towers." | 912 |
| March 21, 1998 | Fax | Lamarche | Lee | "I did talk with my partner and with Nestor." "Nestor have to wait the end of the month to see the reaction of the selling price of petrol and the stability of is budget." | 914 |
| March 6, 2000 | Email | Lamarche | Lee | "I know that last year, you won a licitation for emergency towers in Hermosillo and you never receive the purchase order because CFE told you that they did not have the money to go ahead with the project. This was the official reason, but the true was that they did not want to buy your towers because of the lobbying that SBB had done after the result of the opening of your offer." Handwriting: "Who did its lobbying? SBB or Aguilar Connection?" | 924 |
| March 27, 2000 | Email | Lee | Lamarche | "I am sure we can do business very soon." "but without you and Mr. Aguila it will be difficult to get the order. Therefore, with similar arrangement, can you convince Mr. Augila to join force with us?" | 934 |
| March 28, 2000 | Email | Lee | Lamarche | "with you and Mr. Aguilar, we can beat them and GET THE CONTRACT." | 937 |
| April 3, 2000 | Email | Lamarche | Lee | "We are very close, but it will take a few more days because had died the mother of the Ing. Nestor Moreno and he was not disponible, so I hope that this week Moreno and Augilar will meet and take a decision, that I believe cannot be other than ours offer." | 939 |

1 of 6

Summary of Select Correspondence Between J. Lamarche, S. Lee, and E. Aguilar from February 1997 to February 2002

| Date | Format | From | To | Text | Ex. No. |
|---|---|---|---|---|---|
| April 19, 2000 | Email | Lee | Lamarche | "I have not given up the idea of working with you and Mr. Aguilar. I am sure you'll agree that Mr. Aguilar is still the main player. I am not quite sure the exact reason why he cannot leave them and join us. I think is is easier to convince him if we know exactly the reason why he will not leave them." | 947 |
| August 29, 2000 | Email | Lamarche | Lee | "Second, you have to understand that he will never help you, more than this, now he lost his contacts in CFE, Nestor Moreno is out for another time and I personally think that this time will be for ever, it is a politic and a very strong intern investigation."<br><br>"So , if you have any respect for me, please wait for my next comunication, dont make any move and dont speak with Aguilar, he is burn, he lost his contacts and he is loosing the representations for products coming from Canadians and US companies." | 952 |
| August 31, 2000 | Email | Lamarche | Lee | "Nestor Moreno is out, and we all believe it'is [sic] forever." | 953 |
| September 15, 2000 | Email | Lamarche | Lee | "First you should know that Nestor Moreno with 18 high rang ingeneers of CFE are out of fonctions, they will not be back, there have been replace for ever. They were involve in the "Cicle" contract (more than one hundred million dollars) and they are investigate for damanging the "Patrimonio Nacional", they paided jobs that were not done or that were not fonctiomig. So the Aguilar is alone without is big contact and the worst is that he will be pretty soon implicated in some "fishe durty" contract with Nestor, there is a big investigation coming from the new gobernement, its a clean up, but not only at the high rang, its going very far." | 954 |

PAGE 000720　　　EXHIBIT N

Summary of Select Correspondence Between J. Lamarche, S. Lee, and E. Aguilar
from February 1997 to February 2002

| Date | Format | From | To | Text | Ex. No. |
|---|---|---|---|---|---|
| September 29, 2000 | Email | Lee | Lamarche | "Why Prinex is planning to talk to Aguilar? I think it is very strange that Prinex does not know the relationship between SBB and Aguilar. As long as Nestar Moreno is still at CFE, Aguilar will still has his connection and he will bring in Prinex, then Lindsey will go at it again, that is: competing with Prinex and Aguilar." | 959 |
| September 29, 2000 | Email | Lamarche | Lee | "NESTOR MORENO IS FINISH, HE IS OUT OF CFE, WITH 18 OTHERS HIGH RANG ENGENEERS, HE WAS TRAP IN A VERY STRONG INTERNAL INVESTIGATION FOR CORRUPTION ON A SPECIFIC CONTRACT" "WE CAN BRING YOU TO THE NEW ORGANISATION OF CFE, BUT CLEANLY." | 959 |
| October 29, 2000 | Email | Lamarche | Lee | "As you see the marketing is changing in Mexico, Aguilar is almost out of business, Moreno is going up, he will fall harder, is still under a very dangerous investigation. The Canadian bank that finance CFE, do not accept any more contract were Aguilar is involve, they also did a report to the Mexican governement, raising their 'inquietude' about contracts involving Aguilar and his CFE friends." | 960 |
| October 31, 2000 | Email | Lee | Lamarche | "I am not sure Aguilar and Moreno are completely out of action." | 961 |
| November 20, 2000 | Email | Lee | Lamarche | "I heard rumor that Nestor Moreno in stead of leaving CFE, got promoted. What's going on?" | 963 |

PAGE 000721    EXHIBIT N

**Summary of Select Correspondence Between J. Lamarche, S. Lee, and E. Aguilar from February 1997 to February 2002**

| Date | Format | From | To | Text | Ex. No. |
|---|---|---|---|---|---|
| November 20, 2000 | Email | Lamarche | Lee | "Your right, but every body believe that it's only for a while, he still under investigation and the pression still on. . . . there is a very serious denunciation from the Canadian government against him, Aguilar, Maquinaria Unida and all the Canadian company mixed with them. . . . the Canadian government is menacing to avoid the international credit for CFE if they do not clean there house. So, we have to wait the new Mexican government and there decision. It's so bad that GENERAL ELECTRIC had broke a contract of representation with Aguilar," | 963 |
| December 24, 2001 | Email | Lamarche | Lee | "I was looking in the CFE business and I found this nice "DIRECT" P.O. to our friends S.B.B., it look like that CFE had bought a prototype or spare parts of the famous towers without bid, buying them directly, even if you win the last international bid, it seems that your company do not exist." | 234 |
| January 6, 2002 | Email | Lee | Lamarche | "I got the info. No need to fax on Monday." | 235 |

**Summary of Select Correspondence Between J. Lamarche, S. Lee, and E. Aguilar from February 1997 to February 2002**

| Date | Format | From | To | Text | Ex. No. |
|---|---|---|---|---|---|
| January 7, 2002 | Email | Lamarche | Lee | "Aguilar with Nestor were together visiting the show" "My contacts in CFE are telling me that Nestor still under investigation and he his not officialy named by the government in his new position. Last year General Electric had done a public scandal for the bad actuation of Aguilar and Nestor in a contract off 2 millions dollars, were Aguilar was representing the two companies involved in the public bid." "To go for a direct P.O. CFE have to prove that there is no other company that can offer the product, this way they are eliminating the competition. This is what happen last year, now they have done it once and they will try to do this again and again. There is a way to stop this, doing a 'incorformidad', there is a comite call .SECODAM, contacting them and entering them our demand, they have to investigate the matters and they have to answer us. These people are the intern police of the government, they are mad and it is the new policy of the mexican government, get the corrupt out." "Now if you want to go for the correct way with CFE, we should find professionnal help, it is certain that Nestor will be mad, you will be on black list, but any way you are out. Also before doing officialy the demand you could have a meeting with Nestor and negociate your intervention." "More noise represent more problem and may be it is what it need to finish with Nestor once for all." | 235 |
| January 16, 2002 | Email | Lee | Lamarche | Lee writes Lamarche, "As long as Mr. N. Moreno is protected by Mr. Hernandez, we will have a difficult time to gain ground within CFE." | 964 |

PAGE 000723 EXHIBIT N

Summary of Select Correspondence Between J. Lamarche, S. Lee, and E. Aguilar from February 1997 to February 2002

| Date | Format | From | To | Text | Ex. No. |
|---|---|---|---|---|---|
| January 18, 2002 | Memo | Lindsey | Arturo Hernandez | "CFE recently made a direct award . . . The supplier is Canadian company SBB ENERGIE INC. International (SBB). The acquisition was done without issuing a Public Tender." "We deduce that CFE must be paying a higher price for the aforesaid components, perhaps in excess of 30%." "Therefore, we urge you to review this acquisition because this could prevent a future SECODAM clarification as to any impropriety." | 221 |
| February 14, 2002 | Letter | Lindsey | Arturo Hernandez | "It has come to my attention that a letter was written to you on January 17 or 18, 2002 with my name affixed to it, but signed by Mr. Jose Zavaleta. This letter was not auhtoirzed nor approved by me, please disregard it. Mr. Zavaleta is no longer with our company." | 222 |
| February 20, 2002 | Email | Lee | Enrique Aguilar | "Attached is the file for the inforamtion you requested. As you can see, all Lindsey's (1994) prices are approximately 31% less than SBB prices in October 2001. We recommend the new Lindsey Gin pole and accessories. It is CFE's option to purchase it." | 255 |
| February 25, 2002 | Email | E. Aguilar | Lee | "THANKS FOR YOUR INFORMATION. WE ALREADY START WORKING FOR THE REQUISITION AND DIRECT PURCHASING OF THIS ITEMS." | 255 |

PAGE 000724    EXHIBIT N